# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SHATAKWA WALTERS,

                Plaintiff,

v.

FEDERAL CLEANING
CONTRACTORS, INC. and
ENVIRONMENTAL SERVICE
CONCEPTS LLC,

                Defendants.

Case No. 22-CV-1399-JPS

**ORDER**

On May 24, 2023, Plaintiff Shatakwa Walters and Defendants Federal Cleaning Contractors, Inc. and Environmental Service Concepts LLC signed and filed a stipulation of dismissal of this matter with prejudice and without costs. ECF No. 15. The Court will adopt the parties' stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' stipulation of dismissal, ECF No. 15, be and the same is hereby **ADOPTED**; and

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED with prejudice** and without costs.

Dated at Milwaukee, Wisconsin, this 25th day of May, 2023.

BY THE COURT:

_____

J. P. Stadtmueller
U.S. District Judge